JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GORRELL, an individual, | Case No. 14-cv-06811-AB-E |
| Plaintiff, | Assigned to Hon. Andre Birotte, Jr. |
| v. | **JUDGMENT** |
| WELLS FARGO BANK, N.A., a California Corporation; and Does One through One Hundred inclusive, | |
| Defendants. | |

1  On June 25, 2015, the Court granted Defendant Wells Fargo Bank, N.A.'s
2 Motion for Summary Judgment in its entirety based on its determination that there
3 was no genuine issue as to any material fact and that Defendant was entitled to
4 judgment as a matter of law on all claims for relief against it.

5  **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that
6 judgment is entered in this action as follows:

7  1.  Plaintiff Ashley Gorrell shall recover nothing from Defendant Wells
8 Fargo Bank, N.A.;

9  2.  Defendant Wells Fargo Bank, N.A. shall have judgment in its favor
10 with respect to Plaintiff Ashley Gorrell's entire action; and

11  3.  Defendant Wells Fargo Bank, N.A. shall recover from Plantiff Ashley
12 Gorrell its costs of suit in the sum determined by the Clerk of the Court pursuant to
13 Local Rule 54-1, *et seq*.

15  **IT IS SO ORDERED.**

17  Dated: July 6, 2015

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE